ERNEST C. TORRES
CHIEF JUDGE


July 10, 2006


Hon. Ortrie Smith
Committee on Financial Disclosure
One Columbus Circle, NE
Washington, DC 20544

Re:  Calendar Year 2005 Filing

Dear Judge Smith:

In response to your letter of June 12, I am enclosing an original and three copies of an amended page 3 to Part V of my 2005 report which supplies the information missing from the original report.

I apologize for the omission.

Sincerely yours,

Ernest C. Torres
Chief Judge


ECT:dms
enclosure

RECEIVED
2006 JUL 17 P 3: 09
FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Torres, Ernest C. | 4/25/06 |

## VII. Page 3 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

Amended

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| mutual funds | | | | | | | | | |
| 1 MUTHX | A | div. | L | T | | | | | |
| 2 NITFX | A | " | J | " | | | | | |
| 3 NICSX | A | " | K | " | | | | | |
| 4 QFVFX | A | " | K | " | | | | | |
| 5 VEXMX | A | " | K | " | | | | | |
| 6 Fidelity (IRA) * | | none | L | " | | | | | |
| 7 Fidelity Cash Res. | A | int. | J | W | | | | | |
| 8 Fidelity Ultraserv (2) | A | " | N/A | | | | | | |
| 9 bank acc'ts | | | | | | | | | |
| 10 Citizens Bank | C | " | L | " | | | | | |
| 11 Washington Trust | | none | J | " | | | | | |
| 12 | | | | | | | | | |
| 13 * note: Fidelity IRA | | | | | | | | | |
| 14 consists of | | | | | | | | | |
| 15 FASG    FRBSX | | | | | | | | | |
| 16 FCNTX    FBIOX | | | | | | | | | |
| 17 FBQIX    FSENX | | | | | | | | | |

RECEIVED 2006 JUL 17 P 3: 10 FINANCIAL DISCLOSURE OFFICE

| 1. | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less I=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2. | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3. | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

AO-10 (WP)
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978.
(5 U.S.C. app. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Torres, Ernest C. | U.S. Dist. CT | 4/25/06 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Dist. Judge - active | ___ Nomination, Date ___<br>___ Initial  ✓ Annual  ___ Final<br>5b. ___ Amended Report | 1/1/05 - 12/31/05 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Courthouse<br>One Exchange Terrace<br>Providence, RI 02903 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

POSITION | NAME OF ORGANIZATION/ENTITY

☐ NONE (No reportable positions.)

1 Member - Brd. of Visitors    Duke Univ. School of Law

2

3

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

DATE | PARTIES AND TERMS

✓ NONE (No reportable agreements.)

1

2

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

DATE | SOURCE AND TYPE | INCOME

### A. Filer's Non-Investment Income

☐ NONE (No reportable non-investment income.)

1 Employees' Retirement System    $5,903.52

2    $

3    $

### B. Spouse's Non-Investment Income – If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

✓ NONE (No reportable non-investment income.)

1

2

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Torres, Ernest C. | 4/25/06 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements.) | |
| 1 Duke Univ. School Law | 10/6-10/8/05 Bd Visitors Meeting (travel, food, Lodging - Durham, NC) |
| 2 National Judical College | 12/4-12/6/05 Symposium on Media + Courts-DC (travel, Food, lodging - Washington DC |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☑ NONE (No such reportable gifts.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☑ NONE (No reportable liabilities.) | | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=$25,000,001-50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Torres, Ernest C. | 4/25/06 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| common stocks | | | | | | | | | |
| 1  ATK | — | none | J | T | | | | | |
| 2  APCC | A | div. | K | " | | | | | |
| 3  BAC | B | " | K | " | | | | | |
| 4  BRK-b | — | none | J | " | | | | | |
| 5  BMY | A | div | J | " | | | | | |
| 6  CSCO | — | none | J | " | | | | | |
| 7  C | A | div. | J | " | | | | | |
| 8  DUK | A | " | J | " | | | | | |
| 9  EBAY | — | none | J | " | | | | | |
| 10  EMC | — | " | J | " | | | | | |
| 11  XOM | A | div. | K | " | | | | | |
| 12  GE | B | " | K | " | | | | | |
| 13  GTK | A | " | J | " | | | | | |
| 14  HELX | A | " | J | " | sell | 12/29 | J | A | |
| 15  HD | A | " | J | " | | | | | |
| 16  INTC | A | " | J | " | | | | | |
| 17  LLL | A | " | J | " | | | | | |

1  Income/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
   (See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2  Value Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
   (See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
                       P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3  Value Method Codes: Q=Appraisal    R=Cost (real estate only)   S=Assessment    T=Cash/Market
   (See Col. C2)    U=Book Value    V=Other    W=Estimated

# FINANCIAL DISCLOSURE REPORT

**Name of Person Reporting**
Torres, Ernest C

**Date of Report**
4/25/06

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 NI | A | div. | J | T | | | | | |
| 2 PFE | | | – | " | | | | | |
| 3 QCOM | A | " | J | " | | | | | |
| 4 SIRI | – | none | J | " | | | | | |
| 5 SYMC | – | " | J | " | | | | | |
| 6 TXN | A | div. | J | " | | | | | |
| 7 TWX | A | " | J | " | | | | | |
| 8 TYC | A | " | J | " | | | | | |
| 9 VZ | A | " | J | " | | | | | |
| 10 VISG | – | none | J | " | | | | | |
| 11 XLNX | A | div. | J | " | sell | 12/29 | J | A | |
| 12 XMSR | – | none | J | " | | | | | |
| 13 ZMH | – | " | J | " | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Torres, Ernest C. | 4/25/06 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| mutual funds | | | | | | | | | |
| 1 MUTIXX | A | div. | | | | | | | |
| 2 NITFX | A | " | | | | | | | |
| 3 NICSX | A | " | | | | | | | |
| 4 QFVFX | A | " | | | | | | | |
| 5 VEXMX | A | " | | | | | | | |
| 6 Fidelity (IRA) | | none | | | | | | | |
| 7 Fidelity Cash Res. | A | int. | | | | | | | |
| 8 Fidelity Ultraserv (2) | A | " | | | | | | | |
| 9 bank acc'ts | | | | | | | | | |
| 10 Citizens Bank | C | " | | | | | | | |
| 11 Washington Trust | | none | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
   (See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
   (See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
   (See Col. C2)   U=Book value   V=Other   W=Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____          Date ___4/25/06___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544